
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LEVON WALKER,

                               Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER WILLIAM
SCHUMACHER (Tax # 949640) and POLICE OFFICERS
JOHN DOES 1-10,

                               Defendants.
------------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

17 Civ. 2508 (KAM) (SMG)

WHEREAS, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

So Ordered: _____ s/KAM.
Kiyo A. Matsumoto
U.S. District Judge
Brooklyn, N.Y.
November 15, 2017

Dated: New York, New York
       November 5, 2017

| | |
|---|---|
| LAW OFFICES OF WALE MOSAKU, P.C.<br>*Attorneys for Plaintiff*<br>25 Bond Street<br>3d Floor<br>Brooklyn, New York 11201<br><br>By: _____<br>     Wale Mosaku | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City and*<br>  *Schumacher*<br>100 Church Street, 2d Floor<br>New York, New York 10007<br><br>By: _____<br>     Brendan M. Horan<br>     *Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. KIYO A. MATSUMOTO
UNITED STATES DISTRICT JUDGE

Dated: _____, 2017